No. 82–787.   INTERNATIONAL BROTHERHOOD OF TEAM-
STERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF
AMERICA *v.* GREAT COASTAL EXPRESS, INC.   C. A. 4th Cir.
Certiorari denied.   JUSTICE BRENNAN and JUSTICE BLACK-
MUN would grant certiorari.

No. 82–796.   STONER *v.* ALABAMA.   Ct. Crim. App. Ala.
Certiorari denied.   JUSTICE MARSHALL took no part in the
consideration or decision of this petition.

No. 82–1022.   ALABAMA FURNITURE CO. *v.* STILL,
TRUSTEE, ET AL.   C. A. 6th Cir.   Certiorari before judg-
ment denied.